IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TACARA LASHELLE LEE-SABIR   )
and ZEBA ALAM ELAYAN,       )
                            )
     Plaintiffs,            )
                            )     CIVIL ACTION NO.
     v.                     )       3:11cv249-MHT
                            )           (WO)
MACON COUNTY BOARD OF       )
EDUCATION, et al.,          )
                            )
     Defendants.            )
```

## ORDER

It is ORDERED that the motion for continuance (Doc. No. 39) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 34) were not only accepted by the parties, they were suggested by the parties in their Rule 26(f) report (Doc. No. 31).  In any event, the deadlines for completing discovery and filing dispositive motions have long passed.

DONE, this the 22nd day of December, 2011.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE